## STATE v. BROWN

No. 30A81-3

Case below: Moore County Superior Court

Motion by Attorney General to vacate stay of execution denied 15 January 1999. Petition by plaintiff for writ of supersedeas denied 19 January 1999. Petition by Attorney General for writ of prohibition denied 19 January 1999. Petition by Attorney General for writ of certiorari to review the order of the Superior Court, Moore County denied 19 January 1999. Motion by Attorney General for reconsideration of orders denying State's petition for writs of supersedeas, prohibition, stay dismissed 25 January 1999.

## STATE v. CHANEY

No. 558P98

Case below: Surry County Superior Court

Motion by defendant (Chaney) to dismiss petition for writ of certiorari allowed 25 February 1999.

## STATE v. CHATHAM

No. 491P98

Case below: 131 N.C.App. 154

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 4 February 1999.

## STATE v. CHERRY

No. 550PA98

Case below: 131 N.C.App. 555

Petition by defendant for writ of certiorari to review the decision of the North Carolina Court of appeals allowed 4 February 1999.

## STATE v. DAIL

No. 44P99

Case below: 131 N.C.App. 879

Motion by Attorney General to dismiss appeal allowed 3 March 1999. Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 3 March 1999.